UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL HOLLAND, et al.,

    Plaintiffs,

v.

CITY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 19-cv-02545-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **August 28, 2020 at 3:00 PM**.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: **December 5, 2020**

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **February 5, 2021**

DESIGNATION OF EXPERTS: **March 5, 2021**; REBUTTAL: **April 23, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **May 28, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by: **January 15, 2021**;
    Opp. Due: **January 29, 2021**; Reply Due: **February 5, 2021**;
    and set for hearing no later than **February 19, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **August 17, 2021 at 3:30 PM.**

JURY TRIAL DATE: **August 30, 2021 at 8:30 AM**.
    Courtroom 1, 17th floor.

JURY TRIAL LENGTH is estimated to be 7 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: June 1, 2020

_____
SUSAN ILLSTON
United States District Judge