UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HOLLAND, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> CITY OF SAN FRANCISCO, et al., <br><br>    Defendants. | Case No. 19-cv-02545-SI <br><br> **JUDGMENT** |

Summary judgment in favor of all defendants and against plaintiffs has been filed. Judgment in favor of defendants and against plaintiffs is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 24, 2021

_____
SUSAN ILLSTON
United States District Judge